197 P.3d 775

# SUPREME COURT OF HAWAI'I

**November 25, 2008**

27355        Captain Andy's Sailing, Inc. v. Department of Land and
Natural Resources                           Affirmed